## HARPER *v.* MAYES, administratrix, *et al.*

CANDLER, Justice. Other litigation involving the judgment sought to be set aside by the present petition was before this court in *Harper* v. *Mayes*, 208 *Ga.* 766 (69 S. E. 2d, 573). The exception here is to an order dissolving a temporary restraining order previously granted. There are many decisions of this court holding that such an order is not a final judgment from which a writ of error will lie. *Adams* v. *City of Macon*, 204 *Ga.* 1 (48 S. E. 2d, 829); *Waddell* v. *Groover*, 207 *Ga.* 166 (60 S. E. 2d, 239). Accordingly, the writ of error in the instant case must be

*Dismissed. All the Justices concur, except Atkinson, P.J., and Almand, J., not participating.*

No. 17932. SUBMITTED JULY 15, 1952—DECIDED SEPTEMBER 2, 1952— REHEARING DENIED OCTOBER 16, 1952.

*William A. Thomas*, for plaintiff in error.

*Wilbur B. Nall, Ralph R. Quillian* and *Harold Sheats*, contra.